# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　Plaintiff, )<br>)<br>v. )<br>)<br>AGAPE CHILD & FAMILY SERVICES, )<br>INC., )<br>　Garnishee, )<br>)<br>and )<br>)<br>CRYSTELLE L. FINNEY a/k/a )<br>CRYSTELLE L. JONES, )<br>　Defendant. ) | Case No. 2:11-cv-02796-SHL-cgc |

## ORDER OF GARNISHMENT

The United States of America seeks an order of garnishment directed to Agape Child & Family Services, Inc. to satisfy the default judgment entered by the Clerk against Defendant Crystelle L. Finney on March 29, 2012. The United States served Agape with the Writ of Garnishment on May 21, 2025, and it filed its answer over two weeks later. (ECF No. 29 at PageID 200.) Agape states that it no longer employs Finney, and her last date of employment was May 21. (Id. at PageID 200–01.) But Agape confirms that, on the date of service, it had in its possession or control her earnings for the pay period ending on May 24. (Id.) The Writ instructed Agape to withhold and retain those earnings pending further order of the Court. (ECF No. 27 at PageID 171.) Finney was notified of her right to a hearing to object to Agape's answer or to determine exempt property—she has not requested one.

There being no objection, Agape is **ORDERED** to pay 25% of Finney's non-exempt disposable earnings for each pay period, withheld from the date of service of the Writ of Garnishment to date, to the United States of America, and continue to withhold and pay over to

the United States of America any additional non-exempt disposal earnings and other personal property belonging to Finney weekly, as should come into Agape's possession or control in the future until the above-referenced judgment is paid in full, the judgment is satisfied, a court order quashes the writ, the property in the possession or control of Agape is exhausted, or Finney separates from Agape's employment under 28 U.S.C. § 3205(c)(10).[1]

**IT IS FURTHER ORDERED** that Agape pay over such property to the United States of America, through the United States District Court Clerk, and mail each remittance to **United States Department of Justice, Nationwide Central Intake Facility, P.O. Box 790363, St. Louis, MO  63179-0363, referencing case number 2:11-cv-02796-SHL-cgc**.

**IT IS SO ORDERED**, this 1st day of July, 2025.

                                                s/ Sheryl H. Lipman
                                                SHERYL H. LIPMAN
                                                CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Though Agape states that it no longer employs Finney and the property in its possession may be exhausted after garnishing her wages for the pay period at issue, an order of garnishment does not terminate by operation of law under 28 U.S.C. § 3205(c)(10) unless more than ninety days have passed from the date of separation without reinstatement or reemployment.  Thus, this order remains in effect until August 19, at which time it will terminate if Agape has not rehired Finney.